MARY WATSON FISHER, State Bar No. 162478
mfisher@wfbm.com
STACEY M. DIPPONG, State Bar No. 177898
sdippong@wfbm.com
WFBM, LLP
One City Boulevard West, Fifth Floor
Orange, California 92868-3677
Telephone: (714) 634-2522
Facsimile: (714) 634-0686

Attorneys for Defendant
ALLIANZ GLOBAL ASSISTANCE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| HOSSEIN HAYDARPANAH,<br><br>    Plaintiff,<br><br>    v.<br><br>ALLIANZ GLOBAL ASSISTANCE and DOES 1 to 100, inclusive,<br><br>    Defendant. | Case No. CV 14-1318-GW(JCGx)<br><br>Assigned to: Hon. George H. Wu<br><br>**ORDER RE DISMISSAL WITH PREJUDICE**<br><br>Complaint filed: January 16, 2014<br><br>Trial: February 17, 2015 |

## **ORDER**

Pursuant to the stipulation, IT IS HEREBY ORDERED that this action is dismissed with prejudice.

DATED: January 7, 2015

*/s/ George H. Wu*
_____
GEORGE H. WU, U.S. District Judge

WFBM, LLP
ATTORNEYS AT LAW
ONE CITY BOULEVARD WEST, FIFTH FLOOR
ORANGE, CALIFORNIA 92868-3677
TEL (714) 634-2522 • FAX (714) 634-0686